Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  11−36730−MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gregory E Platt                               Jane E Platt
   374 E Millstream Rd                      fka Jane E Toole
   Cream Ridge, NJ 08514             374 E Millstream Rd
                                                       Cream Ridge, NJ 08514

Social Security No.:
   xxx−xx−1619                                    xxx−xx−6680

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>October 24, 2016</u>                <u>Michael B. Kaplan</u>
                                               Judge, United States Bankruptcy Court